IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| IN RE: BOBBY JOE HATTON and<br>WANDA JUNE HATTON, DEBTORS | CASE NO.: 6:12-bk-70080<br>CHAPTER 7 |
| **EUGENE PARLIMENT** | **PLAINTIFF** |
| V. | AP NO.: 6:12-ap-07040 |
| BOBBY JOE HATTON and<br>WANDA JUNE HATTON | **DEFENDANTS** |

**ORDER DENYING MOTION FOR SUMMARY JUDGMENT**

Presently pending before the court is a *Motion for Summary Judgment* ("Motion") and *Brief in Support of Defendants' Motion for Summary Judgment* filed by Bobby Joe Hatton and Wanda June Hatton on April 14, 2013, as docket entries thirty-two and thirty-three. Based upon the court's review of the Motion and pursuant to General Order No. 37, the Motion is denied. The Motion was not filed with sufficient time to give the non-moving party an opportunity to respond prior to trial. The trial of this proceeding will begin on April 24, 2013, at the United States Bankruptcy Court, Hot Springs, Arkansas.

IT IS SO ORDERED.

Dated this 15th day of April, 2013.

RICHARD D. TAYLOR
UNITED STATES BANKRUPTCY JUDGE

cc: John Howard
     Eugene Parliment
     Marc Honey
     William Marshall Hubbard
     Bobby Joe Hatton and Wanda June Hatton
     M. Randy Rice