Form osubpoh

# UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

Eugene Parliment
Plaintiff

v.

Bobby Joe Hatton
Defendant
Adv. Proc. No. 6:12–ap–07040

Judge: Richard D. Taylor

In Re: Bobby Joe Hatton and Wanda June Hatton
Debtor

Bankruptcy Case No.: 6:12–bk–70080
Chapter 7

## ORDER TO SUBMIT PROPOSED ORDER

This case is before the Court upon a sua sponte review of the case file. On April 9, 2012, John Howard, attorney of record for Eugene Parliment, filed a(n) Complaint Objecting to Discharge and to Determine Dischargeability. A hearing was held on the matter. Court records reflect that the complaint is to be granted in part and denied in part.

Accordingly, the above attorney is hereby ordered to submit a proposed order for consideration by the Court within fourteen (14) days of the date of this Order.

FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DENIAL OF THE RELIEF SOUGHT OR AN ORDER TO SHOW CAUSE HEARING BEING SET TO DETERMINE WHETHER SANCTIONS SHOULD BE IMPOSED. RESPONSIBLE COUNSEL WILL BE REQUIRED TO PERSONALLY APPEAR AT THE SHOW CAUSE HEARING.

IT IS SO ORDERED.
Dated: 6/13/13

*/s/ Richard D. Taylor*
UNITED STATES BANKRUPTCY JUDGE